UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-09738-ODW(VBKx) | Date | February 12, 2015 |
|---|---|---|---|
| Title | Galileo Surgery Center, L.P. v. Aetna Health And Life Insurance Company | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila Enlgish | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS)   Order Vacating Hearing on MOTION to Remand Case [18]

The hearing on the above-referenced MOTION, scheduled for February 23, 2015 at 1:30 P.M., is hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | se |