

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| | **WESTERN DIVISION**<br>312 North Spring Street, Room G-8<br>Los Angeles, CA 90012<br>Tel: (213) 894-3535 | **SOUTHERN DIVISION**<br>411 West Fourth Street, Suite 1053<br>Santa Ana, CA 92701-4516<br>(714) 338-4750 |
| **TERRY NAFISI**<br>District Court Executive and<br>Clerk of Court | | **EASTERN DIVISION**<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501<br>(951) 328-4450 |

March 3, 2015

   Superior Court for the State of California, County of San Luis Obispo
   1035 Palm Street
   San Luis Obispo, California 93408

Re:  Case Number: _____2:14-cv-09738-ODW-VBK_____
      Previously Superior Court Case No. _____14SC0392_____
      Case Name: _____GALILEO SURGERY CENTER, L.P. V. AETNA HEALTH AND LIFE INSURANCE COMPANY_____

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on _____3/2/2015_____, the above-referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

                                     Respectfully,

                                     Clerk, U.S. District Court

                                     By: _/s/ Sharon Hall-Brown_
                                        Deputy Clerk
                                        213-894-3651
                                        Western Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

                                     Clerk, Superior Court

_____            By: _____
Date                                     Deputy Clerk